IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00380-WYD-KLM

SAMANTHA SPOKAS,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin Insurance Company, and
KEVIN CAHILL,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Amend Scheduling Order [Doc. No. 16]** [Docket No. 21; Filed December 27, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#21] is **GRANTED**. The Scheduling Order entered on May 31, 2012 [#16] is amended to extend the following deadlines:

- Affirmative Expert Disclosure Deadline      **January 21, 2013**
- Rebuttal Expert Disclosure Deadline      **February 21, 2013**

Dated: January 3, 2013