IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00380-WYD-KLM

SAMANTHA SPOKAS,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin Insurance Company, and
KEVIN CAHILL,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion to Amend Scheduling Order [Doc. No. 16]** [Docket No. 25; Filed March 18, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#25] is **GRANTED**.  The Scheduling Order entered on May 31, 2012 [#16] is amended to extend the following deadlines:

- Discovery Deadline                                       **April 30, 2013**
- Dispositive Motions Deadline                      **May 14, 2013**

Dated:  March 18, 2013