**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   March 19, 2015 |
| E.C.R./Reporter:      Mary George | |

Civil Action No: **12-cv-00380-WYD-KLM**          Counsel:

**SAMANTHA SPOKAS**,                                            Michael J. Rosenberg
                                                                                Jason W. Jordan
               Plaintiff,

v.

**AMERICAN FAMILY MUTUAL**                        Debra K. Sutton
**INSURANCE COMPANY, a Wisconsin**            Scott C. James
**Insurance Company**,

               Defendant.

**COURTROOM MINUTES**

**TRIAL PREPARATION CONFERENCE**

**11:09 a.m.**         Court in Session

               APPEARANCES OF COUNSEL.

               Court's opening remarks.

               Plaintiff's Motion to Strike Defendant's Sixth Supplemental Expert Disclosure
               Documents and Dr. Rauzzino's Supplemental Expert Report [ECF Doc. No. 70],
               filed March 18, 2015, is raised for argument.

11:13 a.m.     Argument by Defendant (Mr. James).

11:25 a.m.     Argument by Plaintiff (Mr. Rosenberg).

11:31 a.m.     Argument by Defendant (Mr. James).

| | |
|---|---|
| **ORDERED:** | Plaintiff's Motion to Strike Defendant's Sixth Supplemental Expert Disclosure Documents and Dr. Rauzzino's Supplemental Expert Report [ECF Doc. No. 70], filed March 18, 2015, is **GRANTED.** |
| 11:36 a.m. | Discussion and argument regarding issue of policy limits on contract claim. |
| **ORDERED:** | The amount of the uninsured motorist coverage is irrelevant under Rule 401 |
| **ORDERED:** | Counsel shall arrive on **Monday, April 6, 2015, at 8:30 a.m.** |
| 12:04 p.m. | Court outlines jury selection process and procedure for voir dire. |
| **ORDERED:** | Each side will be allowed to conduct supplemental voir dire. |
| 12:05 p.m. | Discussion regarding time limits for opening statements. |
| **ORDERED:** | Opening statements shall not exceed **thirty (30) minutes per side.** |
| 12:06 p.m. | Discussion regarding length of trial being approximately 5 days, schedule of witnesses, the reading of deposition testimony during trial, and schedule for witnesses. |
| **ORDERED:** | Counsel shall meet and confer to work out the order of witnesses that works with their schedules. |
| **ORDERED:** | Parties shall confirm final order of witnesses not later than **Friday, April 3, 2015.** |
| 12:22 p.m. | Discussion regarding joint statement of the case jury instruction and jury instructions. |
| 12:29 p.m. | Court further outlines jury selection process and peremptory challenges. |
| | Defendant's oral motion to reconsider Court's ruling on Plaintiff's Motion to Strike Defendant's Sixth Supplemental Expert Disclosure Documents and Dr. Rauzzino's Supplemental Expert Report [ECF Doc. No. 70], filed March 18, 2015 (Ms. Sutton). |
| 12:33 p.m. | Argument by Defendant (Ms. Sutton). |
| 12:35 p.m. | Argument by Plaintiff (Mr. Jordan). |
| 12:40 p.m. | Argument by Defendant (Ms. Sutton). |

**ORDERED:**   Defendant's oral motion to reconsider Court's ruling on Plaintiff's Motion to Strike Defendant's Sixth Supplemental Expert Disclosure Documents and Dr. Rauzzino's Supplemental Expert Report [ECF Doc. No. 70], filed March 18, 2015, is **DENIED.**

**12:43 p.m.**   Court in Recess - HEARING CONCLUDED.

<u>**TOTAL TIME: 1:34**</u>