IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-00380-WYD-KLM

SAMANTHA SPOKAS,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin Insurance Company,

    Defendant.

## ORDER

The parties, Samantha Spokas, and American Family Mutual Insurance Company ("American Family"), tried this insurance-related matter to a jury on April 6-10, 2015.  The jury found in favor of Ms. Spokas as to all of her claims.  Specifically, the jury determined that American Family (1) breached its insurance contract with Ms. Spokas; (2) unreasonably delayed or denied payment of Ms. Spokas' insurance claim pursuant to Colo. Rev. Stat. §§ 10-3-1115 and 1116; and (3) acted unreasonably or took an unreasonable position in its handling of Ms. Spokas' insurance claim.  Before I enter Judgment in this case, I require the parties' input on the application of certain state law statutory provisions.

Colorado law provides that when an insurer unreasonably delays or denies a claim for a covered benefit, an insured party "may bring an action in a district court to recover reasonable attorney fees and court costs and **two times the covered benefit**."

Colo. Rev. Stat. §§ 10-3-1116(1) (emphasis added).  State law also provides that such an action "is in addition to, and does not limit or affect, other actions available by statute or common law, now or in the future.  Damages awarded pursuant to this section shall not be recoverable in any other action or claim."  *Id.* § 10-3-1116(4).

Accordingly, **the parties shall meet and confer as to the appropriate amount of damages awardable under the foregoing law and file such amount with the Court**.  However, should the parties fail to reach agreement as to such an amount, the parties shall submit simultaneous briefing as to the proper award of damages (including pre and post-judgment interest) in this case.  The parties shall also submit any and all requests for reasonable attorneys' fees.  All such briefing shall be filed not later than **Thursday, April 30, 2015.**

Dated:  April 16, 2015

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge