IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL

Civil Action No.:   12-cv-00380-WYD-KLM

SAMANTHA SPOKAS,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

ORDER REGARDING CUSTODY
OF EXHIBITS AND DEPOSITIONS

    It is ORDERED that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired, or all appellate proceedings have been terminated, plus sixty days.

    DATED at Denver, Colorado, this 10th day of April, 2015.

    BY THE COURT:

    s\ Wiley Y. Daniel
    WILEY Y. DANIEL,
    SENIOR UNITED STATES DISTRICT JUDGE