IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-00380-WYD-KLM

SAMANTHA SPOKAS,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin Insurance Company,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Plaintiff's Unopposed Motion for Leave to File Amended Motion for Judgment (ECF No. 100) is **GRANTED**.  The Motion for Judgment (ECF No. 98) is **DENIED AS MOOT.**  The Amended Motion for Judgment, filed at ECF No. 100, is accepted for filing.

    Dated:  May 5, 2015