**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   April 9, 2015 |
| E.C.R./Reporter:    Mary George | |

Civil Action No: **12-cv-00380-WYD-KLM**          Counsel:

**SAMANTHA SPOKAS**,                            Michael J. Rosenberg
                                                Timothy M. Garvey
             Plaintiff,                         Ross E. Herington

v.

**AMERICAN FAMILY MUTUAL**                       Scott C. James
**INSURANCE COMPANY, a Wisconsin**
**Insurance Company**,

             Defendant.

**COURTROOM MINUTES**

**MOTION HEARING**

**9:38 a.m.**      Court in Session

                  APPEARANCES OF COUNSEL.

                  Court's opening remarks.

                  Plaintiff's Amended Motion for Judgment [ECF Doc. No. 102], filed May 5, 2015,
                  is raised for argument.

9:40 a.m.         Argument by Plaintiff (Mr. Rosenberg).

9:49 a.m.         Argument by Defendant (Mr. James).

9:58 a.m.         Argument by Plaintiff (Mr. Rosenberg).

| | |
|---|---|
| 10:08 a.m. | Argument by Defendant (Mr. James). |
| 10:22 a.m. | Argument by Plaintiff (Mr. Rosenberg). |
| **ORDERED:** | Plaintiff's Amended Motion for Judgment [ECF Doc. No. 102], filed May 5, 2015, is **GRANTED IN PART and DENIED IN PART.** |
| | Court indicates a written order shall follow. |
| **10:43 a.m.** | Court in Recess - HEARING CONCLUDED. |

**TOTAL TIME:   1:05**